UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-MJ-179(4)(JJK)

_____

United States of America,
       Plaintiff,

v.                                   WAIVER OF SPEEDY TRIAL

Angel Ann Gessner,
       Defendant.

_____

      I waive my right to a speedy indictment and trial. This waiver is based on the indictment, the records, and files in the above-entitled action, and any and all other matters which may be presented before or at the time of the indictment or trial.

Dated: May 15, 2008                                 Respectfully submitted,

                                                          *s/ Angel Ann Gessner*
                                                          _____
                                                          Angel Ann Gessner