UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 08-MJ-179(AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS |
| v. ) | COMPLAINT |
| ) | |
| ANGEL ANN GESSNER, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys, Frank J. Magill Jr., United States Attorney for the District of Minnesota, and W. Anders Folk, Assistant United States Attorney, hereby moves the Court for an Order dismissing the Complaint against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 15, 2008

FRANK J. MAGILL, JR.
United States Attorney

*s/W. Anders Folk*

BY: W. ANDERS FOLK
Assistant U.S. Attorney
Attorney ID No. 311388