```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                          08-MJ-179 (AJB)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ANGEL ANN GESSNER, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Complaint against the above-named defendant is dismissed.

Dated: October 15, 2008

                              s/ Jeffrey J. Keyes
                              JEFFREY J. KEYES
                              United States Magistrate Judge
                              District of Minnesota